Opinion issued June 12, 2008








 





In The

Court of Appeals

For The

First District of Texas






NO. 01-07-00112-CV






EARL CLARENCE SMITH, Appellant


v.


DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES, Appellee






On Appeal from the 314th District Court 

Harris County, Texas

Trial Court Cause No. 2005-08024J






MEMORANDUM OPINION


 Appellant, Earl Clarence Smtih, filed this appeal (appellate cause number 01-07-00112-CV) challenging the trial court's order terminating his parental rights to his
minor children, B.H.M. and B.C.M. The trial court subsequently granted Smith's
motion for new trial. Following a new trial, Smith's parental rights to the two
children were again terminated. Smith has appealed that termination order in
appellate cause number 01-07-00648-CV.

 Smith has moved to dismiss appellate cause number 01-07-00112-CV. Given
that the trial court granted his motion for a new trial, we agree with Smith that the
proper course of action is to dismiss the appeal as moot. See Bartlett v. Theriot, No.
06-07-00146-CV, 2008 WL 850205, at *1 (Tex. App.--Texarkana Mar. 31, 2008, no
pet.) (mem. op.). Pursuant to his request, we also agree that the clerk's record,
reporter's record, and any other filings or documents filed or received in appellate
cause number 01-07-00112-CV be transferred by the Clerk of this Court to appellate
cause number 01-07-00648-CV. 

 Accordingly, we dismiss appellate cause number 01-07-00112-CV as moot and
order that the clerk's record, reporter's record, and any other filings or documents
filed or received in appellate cause number 01-07-00112-CV be transferred to
appellate cause number 01-07-00648-CV.

PER CURIAM


Panel consists of Chief Justice Radack and Justices Keyes and Higley.